ADAMS, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CASE NOS.   1:82CR119 |
| Plaintiff,  )  | |
| )  | |
| v.  )  | |
| )  | |
| KEVIN J. MCTAGGART,  )  | Judge John R. Adams |
| )  | |
| Defendant.  )  | ORDER |
| )  | |

Pending before the Court is Defendant's motion for compassionate release and its amendment. Docs. 27, 40.   The Government has opposed the motion, and the Court now resolves the parties' arguments.   Upon review, the motion is DENIED.

The Government has highlighted that based upon the date of his conviction and sentencing, Defendant is ineligible to seek compassionate release.   While Defendant sought to stay this motion hoping that amended legislation would be passed, no such legislation has moved forward.  Accordingly, the motion, its amendment, and the motion to stay (Doc. 74) are hereby DENIED.

IT IS SO ORDERED.

January 23, 2024                                     /s/John R. Adams
Date                                                        JOHN R. ADAMS
                                                                UNITED STATES DISTRICT JUDGE